# United States District Court
# For The Western District of North Carolina
# Charlotte Division

KENNETH LOUIS REID,

        Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                          3:12-cv-84-FDW

USA,

        Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 12, 2012 Order.

Signed: October 12, 2012

Frank G. Johns, Clerk
United States District Court